UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0074M-01 (CR) |
| | : | MAGISTRATE NO. 07-0073M-01 (CR) |
| WILLIAM F. POYNTER, | : | MAGISTRATE NO. 07-0072M-01 (CR) |
| JAMES FRANKLIN SMITH, | : | |
| also known as Frank Smith, | : | VIOLATIONS: |
| CHRISTOPHER COOK, | : | |
| also known as Chris, | : | 18 U.S.C. § 1956(h) |
| also known as Chris Morsel, | : | (Conspiracy to Launder Monetary |
| Defendants. | : | Instruments); |
| | : | |
| | : | 18 U.S.C. § 982(a)(1) |
| | : | Fed.R.Crim.P. 32.2 |
| | : | (Criminal Forfeiture Allegation) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
## CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS

At all times relevant and material to this indictment:

Between November 17, 2005, and December 20, 2006, in the District of Columbia and elsewhere, defendants, William F. Poynter, James Franklin Smith, and Christopher Cook, and persons known and unknown to the Grand Jury, willfully and knowingly did combine, conspire, confederate and agree together to commit an offense against the United States, that is: with the intent to conceal and disguise the nature and source of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign

commerce involving property represented by a law enforcement officer and others at the direction of law enforcement to be proceeds of specified unlawful activity, to wit: narcotics trafficking.

**(Conspiracy to Launder Monetary Instruments, in
violation of Title 18, United States Code, Section 1956(h))**

**FORFEITURE ALLEGATION**

A.    The allegations contained in Count One of this Indictment are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 982, in the event of defendants' conviction under Count One of this Indictment.

B.    Pursuant to Title 18, United States Code, Section 982(a)(1), each defendant who is convicted of the offense set forth in Count One shall forfeit to the United States the following property:

All right, title, and interest in any and all property involved in the violation of Title 18, United States Code, Section 1956, for which each defendant is convicted, and all property traceable to such property, including, but not limited to, the following: $7,400, which amount constitutes all commissions, fees and other property constituting proceeds obtained as a result of the violation.

C.    If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

D.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. Section 982, to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. Section 982 and Rule 32.2 of the Federal Rules of Criminal Procedure.

**(Criminal Forfeiture pursuant to Title 18, United States Code, Section 982)**

A TRUE BILL:


FOREPERSON.


Attorney for the United States in
and for the District of Columbia